**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50602 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-00248-L-1 |
| v. | |
| ERIK MERCADO-ARECHIGA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
M. James Lorenz, Senior District Judge, Presiding

Submitted April 15, 2011[**]
Pasadena, California

Before: KOZINSKI, Chief Judge, D.W. NELSON and BYBEE, Circuit Judges.

The district court did not err in concluding that Mercado-Arechiga's prior

burglary conviction under California Penal Code § 459 was a crime of violence as

defined by 18 U.S.C. § 16, which renders an individual statutorily ineligible for

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

voluntary departure. *See United States v. Becker*, 919 F.2d 568, 573 (9th Cir. 1990). *Becker* remains good law and we are bound by it. Thus, because Mercado-Arechiga was ineligible for voluntary departure, he did not suffer prejudice from the IJs' failure to advise him of his eligibility to seek such relief.

**AFFIRMED.**